**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 20-22378-CIV-WILLIAMS**

MARQUAZE LEROY EDMONDS,

      Plaintiff,

vs.

JONATHAN SKINNER, *et al.*,

      Defendants.

                       /

## ORDER TRANSFERRING CASE

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's report and recommendations (DE 3) ("Report") regarding Plaintiff's pro se civil rights complaint pursuant to 42 U.S.C. § 1983 (DE 1).  Plaintiff did not file objections to the Report.  Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that the conclusions in the Report (DE 3) are **AFFIRMED AND ADOPTED**.

The Clerk is directed to **TRANSFER** this case to the United States District Court for the Middle District of Florida, pursuant to 28 U.S.C. §§ 1391(b) and 1406(a).  All pending motions are **DENIED AS MOOT** and the Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 10th day of September,

2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

CC:   Marquaze Leroy Edmonds
      E355552943480
      Miami-Dade County-PDC
      Pretrial Detention Center
      Inmate Mail/Parcels
      1321 NW 13th Street
      Miami, FL 33125
      PRO SE